

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00183-CV

| | | |
|---|---|---|
| Lonnie Charles Smith | § | From the 30th District Court |
| | § | of Wichita County (43,025-A) |
| v. | | |
| | § | June 4, 2015 |
| City of Wichita Falls, Wichita County, | § | Opinion by Justice Walker |
| and Wichita Falls Independent School District | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
　　Justice Sue Walker